

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00702-CV

John Homer **COONLY**,
Appellant/Cross-Appellee

v.

**GABLES RESIDENTIAL SERVICES, INC.** d/b/a Gables West Avenue,
Appellee/Cross-Appellant

From the County Court at Law No. 1, Travis County, Texas
Trial Court No. C-1-CV-06-00039
The Honorable J. David Phillips, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED IN PART AND REVERSED IN PART. The judgment is REVERSED to the extent that it grants summary judgment on John Homer Coonly's claims under the Texas Deceptive Trade Practices-Consumer Protection Act. The judgment is AFFIRMED with respect to John Homer Coonly's claims of negligence and premises liability. This cause is REMANDED to the trial court for further proceedings. It is ORDERED that costs are taxed against the party incurring same.

SIGNED November 13, 2013.

_____
Karen Angelini, Justice